AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

<div style="color:red">
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 28, 2024

SEAN F. McAVOY, CLERK
</div>

JUAN G.,

*Plaintiff*

)
)
)
v.                                                )    Civil Action No.   1:23-CV-3182-RMP
COMMISSIONER OF SOCIAL SECURITY,          )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Opening Brief, ECF No. 8, is GRANTED. Defendant the Commissioner's Brief, ECF No. 9, is DENIED.
The decision of the Commissioner is REVERSED, and this matter is REMANDED, pursuant to sentence four of 42
U.S.C. § 405(g), for further proceedings consistent with the Order filed at ECF No. 12.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge        Rosanna Malouf Peterson        on cross briefs.

Date:   5/28/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams